THOMAS GORDON MALTING CO., Appellant, v. BARTELS BREWING CO., Respondent (two cases). (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by the Thomas Gordon Malting Company against the Bartels Brewing Company.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents.

THRALL HOSPITAL, Respondent, v. CAREN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by the Thrall Hospital against Cecelia T. Caren. No opinion. Motion for reargument denied, with costs. For former opinion, see 140 App. Div. 171, 124 N. Y. Supp. 1038.

THURSTON, Respondent, v. EMPIRE ENGINEERING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Action by Hiram Thurston againt the Empire Engineering Company. No opinion. Order affirmed, with $10 costs and disbursements.

TIFFANY v. HESS. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Emma N. Tiffany against Ida Hess, as executrix, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 125 N. Y. Supp. 1147.

TILDEN v. BROWNELL. (Supreme Court, Appellate Term. December 8, 1910.) Appeal from City Court of New York. Action by Mary L. Tilden against Andrew S. Brownell, President of the New York Realty Owners Company. From a certain order, both parties appeal. Portion of order appealed from by plaintiff affirmed. Portion of order appealed from by defendant modified and affirmed. See, also, 136 App. Div. 941, 121 N. Y. Supp. 1149. Arthur O. Townsend (Hamilton Rogers, of counsel), for plaintiff. Clarence Alexander, for defendant.

PER CURIAM. That portion of the order appealed from by the plaintiff is affirmed, with $10 costs and disbursements to the defendant. Order appealed from by the defendant modified, by striking therefrom the words "with costs and disbursements of this action," and also the words "on payment of said costs," and substituting in the place of the latter "upon payment of $10 motion costs," and, as thus modified, affirmed, with $10 costs and disbursements to the plaintiff. Costs of one party to be offset against those of the other.

TILDEN, Respondent, v. NEW YORK REALTY OWNERS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Mary L. Tilden, in behalf of herself, etc., against the New York Realty Owners and others. C, Alexander, for appellants. H. Rogers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 136 App. Div. 941, 121 N. Y. Supp. 1149.

TINTAR, Appellant, v. LACKAWANNA STEEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Action by Alexander Tintar against the Lackawanna Steel Company. No opinion. Order affirmed, with costs.

TISHMAN, Appellant, v. LEBENDIGER, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Bant Tishman against Becky Lebendiger.

PER CURIAM. Order of the Municipal Court, granting new trial on the ground of newly discovered evidence, reversed, with costs to the appellant, and motion denied, on the authority of Cheever v. Scottish Union & Nat. Ins. Co., 86 App. Div. 331, 83 N. Y. Supp. 732. See, also, infra.

TISHMAN, Appellant, v. LEBENDIGER, Respondent. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Bant Tishman against Becky Lebendiger. No opinion. Motion for reargument denied, with $10 costs. See, also, supra.

TITLE GUARANTY & TRUST CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by the Title Guaranty & Trust Company against the City of New York. H. Swain, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

TOWNSEND, Respondent, v. PERRY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Frank B. Townsend against Ezekiel C. Perry and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Held, that the question of the propriety of granting an additional allowance can be determined upon the appeal from the judgment. See, also, 124 N. Y. Supp. 143.

WILLIAMS and KRUSE, JJ., dissent, upon the ground that no additional allowance could be made, except on notice to the opposite party or a hearing in which he can take part.

TUCHOLKA, Respondent, v. HODKIEWICZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Leon Tucholka against Katarzina Hodkiewicz, as executrix, etc. No opinion. Motion to dismiss appeal denied, without costs. Order appealed from affirmed, with $10 costs and disbursements.

TURNER, Respondent, v. APPLEBY, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by Randolph Turner against Charles E. Appleby. A. B. Cruikshank, for appellant. D. Leventritt, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 126 N. Y. Supp. 1149.